

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2016

No. 04-16-00636-CV

Kevin W. **LILES**, Bryan K. Harris, Stuart R. White, James L. Ray and Kyle D. Giacco,
Appellants/Cross-Appellees

v.

Maria Isabel Serna **CONTRERAS**,
Appellee/ Cross-Appellant

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT001295 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

In response to our show cause order issued December 1, 2016, appellants filed a response indicating that the fee for preparing the clerk's record has been paid.  Accordingly, the trial court clerk is ORDERED to file the clerk's record **no later than 10 days** from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court